UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILL FARMER,

    Plaintiff,                                          Civil Action No. 14-CV-14742

vs.                                                      HON. BERNARD A. FRIEDMAN

PERFORMANT RECOVERY, INC.,

    Defendant.
_____/

**ORDER GRANTING PLAINTIFF'S MOTION
TO COMPEL DISCOVERY RESPONSES**

**and**

**ORDER GRANTING PLAINTIFF'S MOTION
TO EXTEND MOTION CUTOFF DATE**

        Plaintiff has filed a motion in this matter to compel discovery responses [docket entry 16]. Defendant has not responded to this motion, and the time for it to do so has expired. Plaintiff indicates that she served defendant with interrogatories and requests for documents in May 2015 and that defendant has neither responded nor objected to these discovery requests. Pursuant to Fed. R. Civ. P. 37, any objections defendant might have asserted are deemed waived. Defendant must, within seven days of the date of this order, provide full and complete answers to all of plaintiff's interrogatories and produce all documents and recordings encompassed by the document request. If defendant fails to comply fully with this order, the Court will entertain a motion for default judgment.

        Plaintiff has also filed a motion to extend the motion cutoff date [docket entry 18]. Plaintiff notes that due to defendant's failure to respond to her discovery requests, she needs additional time to file motions. The scheduling order is hereby modified to the extent plaintiff

requests. The motion cutoff date is pushed back 60 days to February 1, 2016.

        SO ORDERED.


Dated:  December 4, 2015        S/Bernard A. Friedman
       Detroit, Michigan        BERNARD A. FRIEDMAN
                         SENIOR UNITED STATES DISTRICT JUDGE